# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### CIVIL DIVISION

**DAVID LOUIS WHITEHEAD,**

PLAINTIFF,

V.

**UNIVERSAL PICTURES,**

NEW YORK CITY, NY, 10013

**25 CV 5433**

**RECEIVED**
**JUN 27 2025**
**PRO SE OFFICE**

**WARNER BROTHERS DISCOVERY**

New York, NY 10023

**WILLIAM HUGHEY, ESQ**

Marshall, Texas,

**O MAGAZINE,**

New York, NY

Creative Artist Agency (CAA)

New York, NY,

JENNIFER HUDSON of Creative Artist Agency (CAA)

**UNNAMED DOES 1-5**

DEFENDANTS.

1

**PLAINTIFF'S COMPLAINT FOR:**

1. COPYRIGHT INFRINGEMENT (17 U.S.C. Sections 101, et seq.);

2. BREACH OF IMPLIED CONTRACT

3. FRAUD

4. NEGLIGENCE

5. UNFAIR BUSINESS DEALINGS.

6. **Violations of Latham Act of 1946, 15 U.S.C. Section 1125(a).**

7. Legal Mal Practice.

8. Possible and/or potential or actual Misappropriation of Money associated with Fraud pertaining to legal contract and Copyrights.

9. Conspiracy to intentionally steal copyrighted material.

10. ANTI TRUST VIOLATIONS.

11. UNFAIR COMPETITION (15 U.S.C. Sections 1117, 1125(a));

12. DECLARATORY RELIEF; AND

13. INJUNCTIVE RELIEF

14. JURY TRIAL DEMANDED.

## Venue and Jurisdiction

**15.** Plaintiff is a citizen resident of the State of Louisiana and United States.

**16.** Warner Brothers Discovery is a resident of the State of New York.

**17.** Universal Pictures is a resident of the State of New York.

**18.** William Hughey is a resident of the State of Texas.

**19.** O Magazine is a resident of New York.

**20.** Jennifer Hudson of Creative Artist Agency and Creative Artist Agency (CAA) are residents of New York.

**21.** This court has jurisdiction pursuant to Diversity Jurisdiction 28 U.S.C. 1332.

This Court has subject matter jurisdiction over these federal question claims both the Lanham Act of 1946, 15 U.S.C. Section 1125(a).

Plaintiff believes and asserts that this matter involves copyright infringement, fraud, breach of implied contract, violations of privacy, misappropriation of moneys, Legal Mal-practice and intentional intellectual property thief of scripts "My Aretha" and "Aretha"; Violations of Lanham Act of 1946, 15 U.S.C. Section 1125 (a) and other violations.

Plaintiff believes and asserts that in 2004-06 UNIVERSAL PICTURES and MGM STUDIO (2011) learned about plaintiff's copyrighted works on Aretha Franklin.

On or about 2017, Amazon's CEO Ted Hope solicited Plaintiff's screenplay "Aretha" for film production. **(See attached email from Ted Hope to Plaintiff as Exhibit 5). Also see exhibit 5 B, letter from Attorney Angela Smith to Ted Hope.**

**Plaintiff believes that Defendants O Magazine, Warner Brothers, Amazon Studios, Universal Pictures of Comcast had access to plaintiff's screenplay "Aretha" for film**

**"Respect" produced in 2021.   See exhibit 6, Attorney Tamara Davis Brown letter to Warner Brothers, Aretha Franklin and others.  In addition, see attached exhibit 7, from Attorney Sangbahn Y. Scere to Warner Brothers Kevin Tsujihara.**

**Plaintiff's copyright registrations for "Aretha" and play "My Aretha" are TXu 1-251-871 and  Txu 1-057-841.  See attachments.**

**Plaintiff believes and asserts that Xlibris Publishers, Amazon, Google, Ingram, and Apple distributors are part to sales and distribution of the book "Musicals on the Stars" from 2019-2025, which has content of musical play "My Aretha" on the life of Aretha Franklin and Rev. C. L. Franklin associated with this case.  The book Musicals on the Stars are sold and distribute softcover ISBN No. 978-1-7960-1195-1; eBook 978-1-7960-1194-4; and Hardcover 978-1-7960-1399-3. Plaintiff believes and assert that he own the above copyright to the book "Musicals on the Stars" which has content of the musical play "My Aretha". Plaintiff plans to amend his complaint adding defendants tied to his intellectual property.**

Plaintiff believes and asserts that on August 2021 and November 21, 2021, Defendants Warner Brothers Discovery, Universal Pictures, subsidiary to Comcast MGM Inc, produced their fraudulent film and dvds for "RESPECT" based on plaintiff's copyrighted work scripts "My Aretha", "Aretha" and "Aretha 2, film video of My Aretha".  **(See exhibits 1 and 2, Universal Pictures having access to plaintiff's Aretha materials, including screenplay).**

Defendant MGM Studios merged with Amazon Studio, along with Mike Hopkins who was employed with HULU which produced the infringing film "Genius Aretha" based on plaintiffs' screenplay "Aretha", play "My Aretha" and Aretha ii, Commercial Aretha and film video "My Aretha".  This merger of MGM Inc, and Amazon Studios attempted to conceal the thief of

plaintiff's work on Aretha Franklin. Plaintiff believes and asserts that the merger of MGM and Amazon Studio involved fraudulent concealment of thief of plaintiff's work My Aretha, Aretha and Aretha 2 for Genius Aretha and Respect, especially with Hulu's former employee Mike Hopkins associated with the MGM merger with Amazon involves both infringing films "Genius Aretha" and "Respect" based on plaintiff's My Aretha, Aretha and Aretha 2, Commercial Aretha, and video "My Aretha". Plaintiff filing this lawsuit within the statutes of limitation including fraud with a six-year statute, within two years of MGM Studio merger with Amazon in 2023, associated with fraud.

Plaintiff believes and asserts that Mike Hopkins' involvement with Hulu's "Genius Aretha" is currently employed with Amazon Prime and Amazon MGM Studios. Mr. Hopkins relationship with this matter involves fraud and conspiracy statutes associated with the design and theft of plaintiff's intellectual properties on Aretha Franklin. Plaintiff's Aretha screenplay linked to My Aretha and other works written by plaintiff on the subject matter. **Plaintiff plans to amend his complaint adding Amazon MGM Studios as a Defendant.**

**On August 17, 2017, Respect's star Jennifer Hudson's agent at Creative Artist Agency (CAA) requested an offer to star in plaintiff's "Aretha". (See attached email from Elan Ruspoli Office at CAA as exhibit 4). Mr. Ruspoli's office received the screenplay "Aretha" having access to plaintiff copyrighted material "Aretha".**

On or about August 2021 through 2024, Jennifer Hudson starred in MGM, Warner Brothers Discovery and Universal Pictures' "Respect" film; and dvd sales (November 21, 2021, release date) on Aretha Franklin entitled "Respect".

Plaintiff believes and asserts that the film and dvd sales entitled "Respect"on the life of Aretha

Franklin is based on plaintiff's works: My Aretha, Aretha and Aretha 2 and other materials cited

in the above paragraphs.   Ms. Hudson's act along with CAA violates Anti-Trust law.   In

addition, O Magazine associated with Warner Brothers Discovery violated Anti-trust laws

associated with conspiracy statutes to steal plaintiff's copyrights on Aretha Franklin for Respect

and "Genius Aretha".   (See Exhibits A and B, O The Oprah Magazine having access to plaintiff's

Aretha script. Ms. Oprah Winfrey is a partner with both CBS Studios and Warner Brothers

Discovery).  Defendant Hughey wrote to CBS Studios associated with Ms. Winfrey and

plaintiff's copyrights.

Plaintiff believes and asserts that the film "Respect" and Respect DVD was released in August

and on November 21, 2021.  Plaintiff believes and asserts that Respect film and Dvd broadcast

and dvd sales infringes his copyrights on Aretha Franklin entitled "Aretha" and "My Aretha" and

other materials including film "My Aretha".

Attorney William Hughey failed to represent plaintiff after signing a legal contract with him

pertaining to the book "Musicals on the Stars" which list My Aretha musical play. Defendant

Hughey failed to file lawsuit pertaining to various studios and publishers.  See attached contract

signed between Hughey and plaintiff.  In addition, Plaintiff believes and asserts that Attorney

Hughey possibly misappropriated moneys based on books sales associated with plaintiff's

intellectual properties tied to Amazon, Xlibris, Apple, Google and others.

Plaintiff believes that Defendants falsely advertised their fraudulent film "Respect" based on

plaintiff's mentioned above works on Aretha Franklin.  For instance, some of the comparisons

between Respect and My Aretha and Aretha:

## Respect

Character line: Everyone wants you

Ms. Franklin: Germany, England…

### My Aretha, Aretha

Catherine, I've conquered the universe just like he said. His prophecy was fulfilled.  Daddy is proud of Aretha Franklin.  In essence, Daddy's Ree became the World's Aretha Franklin…

**Reporter:** Ms. Franklin, what a beautiful story.  Thank you so much.  Truly this was a wonderful interview. It definitely will make the front page of Times Magazine, US News & World Report, Newsweek and The Washington Times Chicago Tribune, The Washington Post, New York Times and Los Angeles Times.

**Aretha Franklin:** Oh, Catherine, don't forget about Ebony And Jet and the Detroit Free Press and Detroit News!

## Respect

Time Magazine cover story.

Great article.

### My Aretha, Aretha

**Reporter:** Ms. Franklin, what a beautiful story.  Thank you so much.  Truly this was a wonderful interview. It definitely will make the front page of Times Magazine, US News & World Report, Newsweek and The Washington Times Chicago Tribune, The Washington Post, New York Times and Los Angeles Times.

## Respect

Aretha Franklin: I'm done with you.

### My Aretha, Aretha

Goodbye, Dr. Feelgood.

## Respect

**Ted White:** Your Demons came back

after living with you, I'm ready

for them.

**Cecil:** Can I talk to you when that Demon

takes over.

   **Aretha:** Out! Out! Out!  She sings:

**(Young, Gifted and Black)**

### My Aretha, Aretha

**To:  Young Aretha.**

**Rev. Franklin:** Run that Devil out!

Look when I was frightened as a child, my mother told me

to sing. So I tell you what, why don't you sing a song for me

and run that devil out of here... Run that devil out! She sings.

**(Precious Lord)**

**Respect**

**MLK's Death**

**Rev Franklin:** other members
were jealous of him, my friend.

## My Aretha, Aretha

Rev. Franklin: I next to Dr. King in the Movement.

After the film "Respect" Defendants adds a story review of Aretha Franklins' life. The same is depicted in plaintiff's screenplay "Aretha", which offers a story review. My Aretha discusses Ms. Franklin's life prior to the opening of the play. Defendants copied plaintiff's writing style as well and sequences of events part to his scripts. **(Also see attachment of comparisons). Also see Spotlights concerning plots and theme of Plaintiff's Aretha screenplay. Further, noting that Jennifer Hudson created a song entitled Spotlights after plaintiff gave this material to Director Bill Duke, who co-produced film with Oprah Winfrey. Mr. Duke signed letter of intent to direct Plaintiff's "Aretha" film. See attachment exhibit 12, Mr. Duke letter of intent; Also see Exhibit 50, Jacqueline McClusky's letter dated March 13, 2006, to Daniel Snyder, CEO of Washington Redskins and film Business Partner with Tom Cruise who is tied to Plaintiff's Mission Impossible case before Judge Paul L. Friedman requiring an injunction.**

**Plaintiff believes and asserts that other material evidence supports his claims for Relief as follows:**

- **Email exhibit 8 from Cerisa Roulston dated October 29, 2018 concerning Heather Headley, who starred in "Respect" film, instead of Plaintiff's "Aretha".**
- **Email exhibit 9, from Elan Ruspoli's office (Dilan) requesting a financial offer for Jennifer Hudson to star in "Aretha".**
- **Email exhibit 10, from Brian Musso concerning his spouse Heather Headley, starring in plaintiff's "Aretha" film project. Instead, Ms. Headley starred in "Respect".**

- **Spotlights exhibit 11, written by plaintiff giving to Bill Duke who was associated with Oprah Winfrey Production. Ms. Hudson song a song "Spotlights". Ms. Hudson starred in The Color Purple Musical produced by Oprah Winfrey.**


### Claim 1 for Relief: Copyright Infringement 17 U.S.C. Sections 101 et seq

Plaintiff allege and realleges and incorporates by reference the allegations set forth above in Paragraphs defendants violated his copyrights pertaining to his "Aretha" materials for film "Respect". Plaintiff requests punitive damages and attorney fees for Defendants unlawful acts in violations of the Copyright Act.

### Claim 2 for Relief: Legal Mal Practice and Conspiracy for Misappropriation of money associated with Plaintiff's property.

Plaintiff allege and realleges defendant Hughey violated Legal Mal Practice and conspired to Misappropriation of Money pertaining to plaintiff's Book Sales and breach of legal contracts.

### Claim 3 for Relief: Breach of Implied Contract.

Plaintiff allege and realleges and incorporates by reference the allegations set forth above in Paragraphs defendants, at all relevant times plaintiff discussed her ideas for Aretha film with Universal Pictures, Creative Artist Agency (CAA), Warner Brothers, Agent for Jennifer Hudson, Aretha Franklin and her lawyer Scott Steinhoff and others. Defendants CAA and Ms. Hudson requested a financial offer for her to star in Aretha, instead Ms. Hudson starred in Respect. This act is anti-trust and breach implied contract with plaintiff. With this knowledge, Defendants has produced a movie using plaintiff's idea on the life of Aretha Franklin.

Plaintiff has not received any compensation from Defendants for its use of his idea for Respect film. The reasonable value of Plaintiff's idea for a Respect film is no less than $5,000,000.

Plaintiff has not received any compensation from Defendants for its use of his idea for film "Respect". Accordingly, Defendants has violated its implied agreement with plaintiff.

The reasonable value of plaintiff's idea for Respect film is no less than $5,000,000.

**Claim 4 for Relief: (Declaratory Relief)**

Plaintiff allege and realleges and incorporates by reference the allegations set forth above in Paragraphs, as though set forth in full.

An actual controversy has arisen and now exists between plaintiff and Defendants in that Plaintiff contents and Defendants possibly denies that they infringed on plaintiff's copyrighted works and made use of his idea for a film about Aretha Franklin and family.

Plaintiff desires a judicial determination of this issue. Moreover, such a declaration is necessary and appropriate at this time in order that plaintiff may ascertain his rights to compensation and credit for his contribution to the life of Aretha Franklin.

**Claim 5 for Relief: Violations of Lanham Act.**

Plaintiff alleges and realleges that Defendants acts engaged in unfair Competition under Section 43 (a) of the Lanham Act in the to be proven at trial, but in no event less than $5,000,000.

**Claim 6 for Relief:** Fraud and Legal Mal Practice and conspiracy to misappropriate moneys associated with book sales. Defendant William Hughey committed legal mal practice, fraud and other alleged claims concerning possible book and film sales owned by plaintiff. Defendant

Hughey failed to file suit on plaintiff's behalf relating to the above captioned case tied to Amazon and others.

**Claim 7 for Relief:  Violations of Privacy.**

Plaintiff allege and realleges that Defendants violated his privacy pertaining to his copyrights and unlawful and unauthorized use of his copyrighted materials on Aretha Franklin.  Plaintiff requests relief as the Court deems appropriate.

**Claim 8 for Relief: Intentional Thief of Intellectual Property (Copyrights).**

Plaintiff allege and realleges that Defendants intentional violations to steal plaintiff's copyrights and unlawful and unauthorized use of his copyrighted materials on Aretha Franklin.  Plaintiff requests relief as the Court deems appropriate.

**Claim 9 for Relief: Preliminary Injunction:**

For a Preliminary injunction and permanent injunction ordering that Defendants and their agents and employees and friends be enjoined from (1) infringing on plaintiff's copyrights in Respect in any manner, including distributing or showing Respect without plaintiff's consent; and (2) designating anything other than Aretha as the inspiration for Respect; and for such other and further relief as the Court deems appropropriate.

**Claim 10 for Relief: Anti -Trust Violations:**

For acts of Anti-Trust violations, plaintiff requests that the court grants relief as the Court deems appropriate for violations concerning copyright laws and plaintiff having the right to produce his film without prejudice from adverse parties who stole his materials for film "Respect".

Plaintiff Demands Trial By Jury and Compensation in the amount of $5 million dollars.

Demand $10 Million Dollars

David Whitehead

1906 Scott St.

Bossier, Louisiana 71111



*EX 1*

September 15, 2004

Mr. David Louis Whitehead
1717 K. St. NW, Suite 600
Washington, D.C. 20036

Dear Mr. Whitehead:

Your letter dated September 13, 2004, addressed to Mary Parent together with your unsolicited screenplay "Aretha" and film treatment as well as related correspondence, related articles, and headshots and resumes have been forwarded unread to this department for response.

Due to legal and insurance restrictions, Universal has a strict policy prohibiting the acceptance of unsolicited literary, dramatic or musical materials in any form for consideration. Material is only accepted for consideration when submitted by franchised literary agents or motion picture production individuals with whom Universal has established a working relationship.

Therefore, we are returning herewith your material unread.

Thank you for your interest in Universal.

Very truly yours,

Jeffrey S. Alexander
Legal Administrator

JSA/kb
Enclosure



EX 2

January 4, 2006

Ms. Jacqueline McClusky
P.O. Box 1731
Alexandria, VA 22313

Dear Ms. McClusky:

Your letter dated December 22, 2005 and addressed to Donna Langley together with your unsolicited invitation to re-submit the script for the musical project "ARETHA," a synopsis of a commerical for the same, and a SASE have been forwarded unread to this department for response.

As stated in our three (3) previous letters to your client David Louis Whitehead (dated September 15, 2004, December 20, 2004 and January 28, 2005), due to legal and insurance restrictions, Universal has a strict policy prohibiting the acceptance of unsolicited literary, dramatic or musical materials in any form for consideration. Material is only accepted for consideration when submitted by franchised literary agents or motion picture production individuals with whom Universal has established a working relationship.

Therefore, we are returning herewith your material unread.

Thank you for your interest in Universal.

Very truly yours,

Balazs Laszlo
Universal Pictures, Features Legal

BL/em

Enclosures

RE: RE: Jenifer Hudson as Aretha Franklin in "Aretha"
Yahoo/Inbox

*EX 4*

●

**Elan Ruspoli Asst (Dilan Swain)**

From: elan.ruspoliasst@caa.com

To: David Whitehead

Thu, Aug 17, 2017 at 4:05 PM

Hi David,

We would need an official financial offer from you before we send the script to Jennifer,
then she would have to read the script and express interest before we would create a
letter of intent.

Thanks,

Dilan

**From:** Hope, Ted <ted.hope@amazonstudios.com>
**Sent:** Wednesday, March 22, 2017 10:52 AM
**To:** Outlook Team
**Cc:** Carlin, Madeline
**Subject:** Re: CEO Roy Price and "Aretha" film project

*EX 5*

Hi David,


If you'd like to submit a project to Amazon, the standard procedure is to submit it through an agent or lawyer. If you'd prefer not to go that route, my office, cc'd here, can send you a submission form which we will need the rights holder to sign before we can evaluate.  Thanks.


We are huge fans of Aretha, and very much look forward to considering further.


Ted


(Bob Berney & Roy Price moved to bcc)

**Screenplay - Aretha**

*EX 5B*

Dear Mr. Hope:

I represent David Whitehead in regards to a film project entitled "Aretha" based on the musical play "My Aretha". It is my understanding that you advised David to obtain an agent or attorney to submit his screenplay "Aretha" and that you and the Amazon Studio family are huge Aretha Franklin fans. Moreover, it is my understanding that David has already submitted the Aretha Franklin film material "Aretha" to Mr. Roy Price of Amazon Studios, including a prospective potential budget and potential cast with the suggestion that Filmmaker Bill Duke possibly direct the film "Aretha". On behalf of David and for production review with Amazon Studios, I have attached two versions of the "Aretha" screenplay, one with the music lyrics titled Aretha_wLyrics and one without lyrics that meets the maximum page guidelines titled Aretha . We are of the belief that our film project "Aretha" is a great match for Amazon studios. To date, "Aretha" has been reviewed by Geevani Singh, manager for Dennis Haysbert, who has stated that the screenplay "Aretha" looks great. Further, Lily, with Amazon studios sent David an email solicitation requesting David to submit the "Aretha" screenplay.

Our submission attachment includes: The Screenplay "Aretha" and Potential Cast. Additionally, I would like to make you aware that David has received Letters of Intent from Dennis Haysbert, Javier Colon, Christine Fanuel, Ed Holub, and Marian Collier as fashion designer. Marian Collier's letter of intent expires February 23, 2021. Also, several actresses and singers have requested financial offers including, The Mississippi Mass Choir, Fantasia, Jennifer Holliday, Jenifer Hudson, and Zendaya Coleman. A previous financial demand came from Jill Scott when she was represented by the Williams Morris Endeavor Agency. Last, Ms. Aretha Franklin has the rights to her likeness, and through her legal representative Mr. Arnold Reed who has already informed David the amounts he would take to his client for her signature.

Further, Amazon Studios would also be able to negotiate the rights to the musical play version "My Aretha" and/or David's other musical entitled "A Night With Anita Baker" for Broadway, or for the annual Tribute to Aretha Franklin and Anita Baker event that would be held in Detroit.

The above film project "Aretha" including other materials is submitted to Amazon Studio in sincere, good faith and with strict confidence. The Copyright registration and Writers Guild of America's numbers for "Aretha" are 1079550.and 1734286. The copyright registration number for Aretha 2 is 1114833 David is the sole proprietor for the screenplay "Aretha", and "Aretha 2" and musical play version "My Aretha".

We are excited and look forward to working with Amazon Studios Executives on this huge film project "Aretha" and possibly others. "Aretha" would be a hit on big screen and various other digital distribution systems. Should you need additional information or have questions, please do not hesitate to contact me.

EX 6

# *Law Office of*
## *Tamara Davis-Brown*

*1717 K Street, N.W.*
*Suite 600*
*Washington, D.C. 20036*

*202-204-2244 (Office)*
*202-331-3759 (Fax)*
*tybrownesq@comcast.net*

February 21, 2005

Warner Brothers Film
Story Division
1325 Avenue of the Americas
New York, New York 10019

Re:     Major Proposal of David Whitehead, DAOUD Productions
        *Aretha* (adapted from the stage play *My Aretha:  The Life of Aretha*
        *Franklin and Reverend C. L. Franklin*)

Dear Sir/Madam:

I have been retained by Mr. David Whitehead to represent his legal interests in the above-referenced matter.  On behalf of Mr. Whitehead, I am submitting for review and consideration to your department the script for the above-referenced major film, a copy of which is enclosed.  Ms. Aretha Franklin and her representatives are aware of the project and have expressed an interest in the film.

Also enclosed are the biography of Mr. Whitehead, references and related press materials on him.  An e-mail attaching a Letter of Intent from Mr. Charles Burnett, producer and director of the film, *Selma Lord Selma*, indicating his willingness to direct the film is also enclosed as well as Mr. Burnett's biography.

While these materials are in your possession, we ask that they be held in the strictest of confidence.  Disclosure or photocopies of the script to parties without decision making authority within the Warner Brothers Story Division are strictly prohibited.

If you have any questions concerning this matter, please do not hesitate to contact me. We await hearing Warner Brothers' interest in producing this film.

Very truly yours,

Tamara Davis-Brown

Enclosures

cc:    David Whitehead
       Aretha Franklin via Richard Alen and Scott Steinhoff, Esq.
       Charles Burnett via Jenni Luke



**SANGBAHN Y. SCERE**
**ATTORNEY & COUNSELOR AT LAW, LLC**
610 Marshall St., Ste. 625, Shreveport, LA 71101
(318) 216-5637 Ph; (318) 216-5261 Fax
sysscere@gmail.com

March 1, 2019

<u>**VIA US POSTAL SERVICE**</u>
Kevin Tsujihara, Chairman & Chief Executive Officer
Warner Brothers
4000 Warner Blvd.
Burbank, CA

RE:     **Proposal of David Whitehead, Theatrical & Motion Pictures**
        **Aretha (adapted from the stage play *My Aretha: The Life of Aretha Franklin and Reverend***
        ***C.L. Franklin*)**

Dear Mr. Tsujihara:

Hello, and I hope this correspondence finds you well.  Please be advised that I have been retained by Mr. David Whitehead to assist with submission of his creative works, specifically film projects for "Aretha" and "Aretha 2."  It is my understanding that Warner Brothers' employees, Danny Wright, through Alex Rhodes, solicited information about these works for purposes of moving forward with film discussions. Mr. Whitehead also received prior representation from Attorney Tamara Davis-Brown, who in February of 2005, submitted the script *Aretha,* (based on the play My Aretha: The Life and Times of Aretha Franklin and Reverend C. L. Franklin) to Warner Brothers Film for review.  Attorney Brown also submitted the script *Erykah Badu in Paris with Momma Voodoo* to HBO for film production review.  Actor Dennis Haysbert expressed interest in both scripts, *Aretha* and *Erykah Badu...*

In my review of David's previous correspondences with agents and potential partners in these works, he has secured letters of support from Congressmen John Conyers and John Lewis, as well as filmmaker Edward Holub who worked on HBO film *Katrina* with Spike Lee.  In addition, he has secured economic research from Dr. Jan E. Christopher.  Vital interests in these projects have been expressed by agents representing Janet Jackson, Jennifer Hudson, Erykah Badu, Fantasia, Heather Headley, Ruben Studdard, Mississippi Mass Choir, and Dorsey Summerfield, as well as film directors Charles Burnett, Jeffrey Byrd and Bill Duke.  Proof of their interests can be submitted to your office upon request.  These theatrical projects are very promising and have amassed favorable expectancy for their furtherance.  Upon your receipt of this correspondence, I will gladly send you letters of commitment/interest and support, so that meaningful conversations may be had about these projects.

Thanking you in advance for your prompt attention to this matter, and if you have any further questions or concerns, do not hesitate to contact me at 318-489-5818.

Sincerely,

Sangbahn Y. Scere
Cc: Carolyn Blackwood, Richard Brener, Toby Emmerich





Dear Reader:

Thank you so much for sharing your ideas with us. Unfortunately, due to the sheer volume of material we have at hand, we are unable to incorporate your concept. We wish you much success in placing your idea elsewhere, and thank you for your interest in O, *The Oprah Magazine*.

Sincerely,

The Editors

(EX B)





David Louis Whitehead
1717 K St. NW Suite 600
Washington DC 20036



THE OPRAH MAGAZINE
1700 BROADWAY
NEW YORK | NY 10019

EX 8

----- Forwarded Message -----
**From:** Cerisa Roulston <cerisa@azoffmusic.com>
**To:** daouddavidlouis@yahoo.com <daouddavidlouis@yahoo.com>
**Sent:** Monday, October 29, 2018 at 03:55:55 PM CDT
**Subject:** Heather Headley

Hi David,

I work with Heather and Brian forwarded me your email address re:
possibly working with her.  Her agent is Joe Machota at CAA if you need to
contact him.  Let me know if there's anything I can do for you.

Thanks.

EX 9

On Wednesday, August 16, 2017 03:12:28 PM, Elan Ruspoli Asst (Dilan Swain)
<elan.ruspoliasst@caa.com> wrote:


Hey David –

As discussed, please send us along a financial offer.

Thank you,

Dilan

EX 10

**From:** Brian Musso <bmusso@promuscapital.com>
**To:** David Whitehead <daouddavidlouis@yahoo.com>; Outlook Team <daouddavidlouis@hotmail.com>
**Sent:** Friday, August 11, 2017, 06:14:19 AM CDT
**Subject:** RE: RE: Heather Headley in "Aretha"


I think she would be great.  Of course, as her husband, I am biased.  She would love to look at the opportunity, so please do send it over.



Best,

Brian



Brian B. Musso

Promus Holdings, LLC

30 South Wacker Drive

Suite 1600

Chicago, IL 60606


312.784.3972 office

630.728.5898 mobile

bmusso@promuscapital.com

EX 11

## Screenplays *"ARETHA"* and play version *"My-Aretha"*
## By: David Louis Whitehead
## SPOTLIGHTS

**Principal Characters:** Rev. C. L. Franklin, Aretha Franklin, Ted White, Rev. James Cleveland

**Brief Description of Plot/Theme:** Story plot is about a father-daughter relationship which transcends into inspirations of how dreams come true. Father becomes a Gospel star, and the daughter has premonitions of losing her father, while at the same time, she becomes famous. There is tragedy, but the dreams are fulfilled.

**Highlights:**

- Screenplay: "Aretha" The transition of the multiple Aretha's, including the story teller-adult Aretha Franklin, child-teenager Aretha Franklin, and transitional Gospel and R&B Aretha Franklin.

- Plot scene: "Aretha" has Dennis Haysbert as Rev. C. L. Franklin.

- "My Aretha" (stage play version uses multiple Aretha's)

- Plot scene: The soundtrack music of Aretha Franklin, Sam Cooke, Ray Charles and others.

*"Chain Chain, Chain"* and *"Day Dreaming"*

- Plot scene: The father, Rev. C. L. Franklin, characterization is dynamic. His vision for his young daughter, Aretha Franklin: "Remember you're the Queen of Soul and I am the King of Gospel"

- Plot scene: Rev. Franklin and Aretha Franklin in the church.

*"Rain on me, Lord"* and *"Amazing Grace"*

- Plot scene: Aretha Franklin becomes the sensational singer.

*"I Never Love A Man"* and *"Baby I Love You"*

- Plot scene: The father is the first black preacher to be allowed to travel the U.S.

*"The Eagle Stirs Its Nest"*

- Plot scene: The father formed a bond with civil rights groups, including Dr. Martin Luther King, "NAACP" and "SCLC". "I'm next to King in the movement. I'm Rev. C. L. Franklin. I was in the rear."

- Plot scene: The father, the Rev. C. L. Franklin, creates the great March on Detroit, which is converted to the March on Washington 1963.

*"We Shall Overcome"*

- Plot scene: The father and Dr. King are shot and removed from Black leadership.  "This ain't no robbery, this is politics."

- Plot scene: The child Aretha continues to attempt to grieve over the death of her father. "Daddy, where are you? You promised that you'll never leave"

- Plot scene: The adult Aretha also continues to grieve over the death of her father. "Remember you're the Queen of Soul and I'm the King of Gospel"

*"Precious Lord"*

- Plot scene: Thoughts linger in the minds of Aretha on father's death and his involvement with the civil rights movement. "Run Satan Run, Aretha is after you, the Holy Ghost will chase you down!"

- Plot scene: The alleged robbery scene of the father is suspect. "Removing black leaders"

- Plot scene: The Adult Aretha Franklin trials and tribulations.

*"Respect"*

- Plot scene: The Adult Aretha Franklin becomes the Great Aretha Franklin like her father predicted she would be.  Legendary!

- Plot scene: The music of Aretha Franklin, Sam Cooke, and Ray Charles in the plot.

*"Darling You Send Me"* and *"Spirit in the Dark"*

- Plot scene: The Gospel music – of Aretha Franklin and Rev. C. L. Franklin – in the plot.

*"Oh Mary Don't You Weep"*

The attachments of the above plots, events, actors, and characterizations make the Aretha Franklin film and theater projects as sensational.  It will be a blockbuster with Bill Dukes directing!

© 2006, Amended 2013

May 20, 2006, Amended June 26, 2013

**JACQUELINE McCLUSKY**
**P.O. Box 1731**
**Alexandria, Virginia 22313**

*50*

**March 13, 2006**

**Daniel Snyder, President/CEO**
**Washington Redskins**
**Fax No. 703-726-7124**

*Re*:  **Aretha Franklin Musical Film Project**

*Dear Mr. Synder:*

I am a Naval Academy graduate and one of the representatives for David Louis Whitehead, the author of "*Aretha*", a musical screenplay project that he hopes to becoming a major motion picture. It reflects the various stages and moods of the singer *Aretha Franklin and Rev. C. L. Franklin's* life and was well received by large audiences in the Washington, DC metropolitan area from 2002 through 2004.

The play was highlighted in several local newspapers, including *The Washington Times, Informer* and *Washington Afro American*. *City Paper's writer David Morton* of Washington, D.C. also inquired about it.

David has found several Hollywood stars and director, who indicated an interest in working on the film project:

- Dennis Haysbert
- Alfre Woodard
- Jill Scott
- Whitney Houston
- Woody Allen
- Eastern Michigan Gospel Choir
- Drew Barrymore (is reviewing the script)

The Honorable Congressman John Lewis of Georgia has written an endorsement letter to the Honorable Marc H. Morial, supporting the musical on Anita Baker.  Further, the Honorable Congressman John Conyers of Michigan has endorsed my client's works on both *Aretha Franklin* and *Anita Baker*.

 In short, David has over 25 theatrical projects on various American personalities, including *Marvin Gaye, Patti LaBelle, Otis Redding, Phyllis Hyman, Marilyn Monroe, Erykah Badu, Roberta Flack, Mike Tyson, Michael Jackson* and others.  His screenplay *Aretha* is under review for a motion picture by Drew Barrymore, and Director Woody Allen has requested financial backing to direct the material Aretha. David's work is being recognized by powerful artists and politicians in this country.

 This work, concept and material are extremely valuable and should be allowed to proceed to the motion picture screen audience.  We request that you consider assisting with the production.

Very truly yours,

Jacqueline McClusky

Literary Talent Representative

cc: David Louis Whitehead

# Comparisons between the film "Respect" (2021)

# &

# Musical Play "My Aretha" (1997-2005) and screenplay "Aretha" (2004-2005; amended)

### Respect (2021)

The Sleepless Critic, April 19, 2022: "Respect sometimes seemed choppy and there are scenes that were featured in Genius that would have been better explored in Respect."

"Respect uses this narrative structure from frame childhood and in sequence and in this instance, surrounded by depictions of Martin Luther King Jr.... Sam Cooke along the way."

### My Aretha and Aretha (1997-98-2004-05, amended)

My Aretha as the Washington Times Reporter Jen Waters explains in her article dated June 2, 2002, touches all of Ms. Franklins' music, depicting scenes from Aretha Franklin's childhood to her adult life. The screenplay "Aretha" adapted from My Aretha does the same, but also focuses on Dr. Martin Luther King, Jr. and Sam Cooke.

The film "Respect" is associated with Universal Pictures, subsidiary of Comcast which owns Hulu; MGM Inc, now Amazon Studios; Bron Creative and others.

The film Respect begins with Rev. Franklin waking young Aretha called Ree from her sleep to sing for friends downstairs below. Young Aretha follows her father downstairs to meet his friends and she later sings.   This scene touches on Rev. C. L. Franklin introduces Young Aretha to the Church to sing.

| Respect | My Aretha and Aretha |
|---|---|
| Rev. C.L. Franklin | Rev. C.L. Franklin |
| They want you to sing. | "My Aretha, just sing for the lord..." |

1

**Respect**

**Rev. Franklin**

You want to sing?

**Ree:** Yes, please.

                                        **My Aretha and Aretha**

                                        **Rev. Franklin**

                                        Baby, just sing for the lord.

                                        **Young Aretha:** OK, Daddy! Let me think of a

                                        good song to sing for you. Oh, I've got it.


**(PARAPHASE)**

**Rev. Franklin:**

This is my daughter Little Aretha.

                    **Rev. Franklin:**

                    Church, could you please excuse me for one moment.

                    I must have a brief intellectual conversation with my

                    daughter, "My Aretha".


**Respect**                                 **My Aretha and Aretha**

**The film uses Rev. Cleveland early on as Rev. Franklin**      **Rev. Franklin**

You've been practicing?                     Now, you're a good singer, have you been
practicing?


**Respect**                                 **My Aretha and Aretha**

Ree: Mommy's here                           Rev. Franklin: Looking like your mother.

                                        You know, my mother used to sing...

**Respect**

Ted White sits with Diane Washington on sofa and he enjoys Young Aretha singing.

**Aretha**

Ted White sitting in club observing Aretha Franklin singing, and later engages her association as a singer and potential lover.

**Respect**

Ted White engages Adult Aretha for a date

at her father's outdoors party.

**Respect**

**Rev Franklin:**

We have nothing to fear children...

**Young Ree:** Preach Daddy Preach.

**My Aretha, Aretha**

**Rev. Franklin:**

Don't be Afraid, my little Aretha.

Young Aretha: The Great C.L. Franklin is about to preach God's word. Go ahead daddy and preach the gospel.

3

**Respect**

**Rev. Franklin:**

Always tell the Lord, Ree.

He loves you. No matter What!

**My Aretha, Aretha**

**Rev. Franklin:** You must also understand

The power of God.


**Respect**

**Rev Franklin**

Introduce Ree to Church

(She sings)

Fades to Adult Aretha

**My Aretha, Aretha**

Rev. Franklin introduce Young Aretha

(She sings).  Fade and transition to the Adult

Aretha Franklins.


**Respect**

**Aretha:** I want to sing what

I want to sing.

**My Aretha, Aretha**

**Aretha:** I was encouraged by my father to

do what I would like to do... I decided I wanted to

change fields, so I let him know... this is what I should

do...

4

**Respect**

**Jimmy Hendrix's song:**

**Hey Joe**                                                  **My Aretha Film Clip**

                                                            **Jimmy Hendrix's song:**

                                                            **Star Spangle Banner**

                                                            **Dance Performance Andrea Blackstone.**


**PARAPRASED**

**Respect**

**Character to Aretha**

**You worsened Etta James song.**

                                                    **My Aretha, Aretha**

                                                    **Aretha Franklin:**

                                        **Wait a minute?  Wait...I'm not Etta James. Girl, I'm Aretha Franklin.**


**Respect**

**Muscles Shoals:**

**Wexler argues with Rick Hall**

 **Ted White fights with Rick Hall**

**Rick Hall: Call me redneck again.**

                                                    **Aretha**

                                                    **Muscles Shoals:**

                                        **Ted White: Why'd you get us mixed up with**

                                        **These fuckin' rednecks?**

**Respect**

Rev. Franklin with Aretha and family walking

Detroit streets at night discussing

Records and music careers.

**Aretha**

Sam Cooke and Aretha walks Detroit Streets

discussing record careers.

**Respect**

Aretha sings Dr. Feelgood.

Enters Ted White.

**My Aretha, Aretha**

Aretha sings Dr. Feelgood.

Enters Ted White on stage.

**Respect**

**Statement:** You did it Ree.

Flashes of **Jet** Magazine and others

Flashes of hit songs.

6

**My Aretha, Aretha**

**Statement: Ms. Franklin, what a**

**Beautiful story. Thank you so much. Truly,**

**This was a wonderful interview.  It definitely will make the**

**Front page of Times Magazine, US News & World Report, Newsweek and The Washington Times, Chicago Tribune, The Washington Post, New York Times and Los Angeles Times.**

**Aretha Franklin: Oh, Catherine, don't forget about Ebony and Jet and the Detroit Free Press and Detroit News!**

**Series of hit songs.**

**Respect**

**Aretha:** Ted White is my

husband and manager and

favorite critic.

**Aretha**

**Reporter:** Ms. Franklin, please tell me, who is Ted White?

**Aretha:** Ted was another dominate man, who tried to

Control my every move...

**Respect**

Character line: Everyone wants you

Ms. Franklin: Germany, England...

**My Aretha, Aretha**

Catherine, I've conquered the universe just like he said. His prophecy was fulfilled.  Daddy is proud of Aretha Franklin.  In essence, Daddy's Ree became the World's Aretha Franklin...

**Reporter:** Ms. Franklin, what a beautiful story.  Thank you so much.  Truly this was a wonderful interview.  It definitely will make the front page of Times Magazine, US News & World Report, Newsweek and The Washington Times Chicago Tribune, The Washington Post, New York Times and Los Angeles Times.

**Aretha Franklin:** Oh, Catherine, don't forget about Ebony And Jet and the Detroit Free Press and Detroit News!

**Respect**

Time Magazine cover story.

Great article.

**My Aretha, Aretha**

**Reporter:** Ms. Franklin, what a beautiful story.  Thank you so much.  Truly this was a wonderful interview.  It definitely will make the front page of Times Magazine, US News & World Report, Newsweek and The Washington Times Chicago Tribune, The Washington Post, New York Times and Los Angeles Times.

9

**Respect**

Aretha Franklin: I'm done with you.

**My Aretha, Aretha**

Goodbye, Dr. Feelgood.


**Respect**

**Ted White:** Demons came back

after living with you, I'm ready

for them.

**Cecil:** Can I talk to you when that Demon

takes over.

  **Aretha:** Out! Out! Out!  She sings:

**(Young, Gifted and Black)**


**My Aretha, Aretha**

**To:  Young Aretha.**

**Rev. Franklin:** Run that Devil out!

Look when I was frightened as a child, my mother told me

to sing. So I tell you what, why don't you sing a song for me

and run that devil out of here... Run that devil out! She sings.

**(Precious Lord)**

**Respect**

**MLK's Death**

**Rev Franklin:** other members

were jealous of him, my friend.

**My Aretha, Aretha**

Rev. Franklin: I next to Dr. King in the Movement.

**(PARAPHASE)**

 **Respect**

Wexler:

**"Ain't No Way"** was written

by Carolyn.

                                               **My Aretha**

          **Aretha:** My sister Carol told me that she had to find

          an Angel.  Carol said, "Ree I have to find an Angel in

          My life".  That's what she said. This was the song

          "Angel".

**Respect**

The film used Rehearsal events

for stage performance scenes.

                                               **My Aretha**

                         Songs performed on stage.

*Reserve Rights to Add.*

*EX 12*

# PANTHEON

Friday, September 11, 2013

Davie Whitehead
Re: Aretha

Dear David,

Bill Duke has discussed the project ARETHA and has agreed to direct the movie upon script completion and his availability. Please feel free to contact me directly for any clarification. I am also available to any of your associates if Bill or I can be of further assistance.

_____          9/13/13
**Bill Duke**                    **Date**

_____          9.13.13
**Stephen Rice – Pantheon**      **Date**

1801 Century Park East, Suite 1910, Los Angeles, CA 90067
Tel: 310.201.0120 • Fax: 310.201.5958

*EX 12B*

Official Light Girls Documentary Fan Page

- Long Description

  Distinguished filmmaker Bill Duke produced the documentary film, DARK GIRLS, which premiered on The Oprah Winfrey Network la... See More

- Directed By

  **Bill Duke**

- Produced By

  **Stephanie Frederic**

- Website

  http://www.oprah.com/app/light-girls.html

23

# Black Beauty

## At



## Victoria Secret
## Fashion Shows

## By David Louis Whitehead
## (daoud)

( EX )

© 2003 — 2006

This book depicts Black Beauty on the runways of Victoria Secrets from 2001 through 2003, ·· 2005

For God So Love The World He Created Beautiful Darkness.

David L. Whitehead



## THE HUGHEY LAW FIRM  CLIENT CONTRACT

**WHEREAS,** the undersigned  David Whitehead, hereinafter referred to as "Client", hereby retains and employs The Hughey Law Firm , hereinafter referred to as "Firm", to represent Client in all causes of action for damages associated with the sale of multiple Client's Copyrighted Book/Manuscripts by "Xlibris" and "Ingram" on various platforms without compensation being paid to Client for his Copyrighted Books/Manuscripts  which has occurred for an extended period time reflected by public records.

**WHEREAS** Firm agree to represent Client, it is agreed as follows:

I.

Attorney agrees to represent Client in the above-mentioned cause of action to settlement of final judgment of such claim against any all parties deemed by Firm to be responsible for damages arising out of the above referenced cause of action.

II.

In consideration for the legal services to be rendered to Client by Firm, Client hereby agrees to pay, assigns, and grant to Firm 33%of any all recovery obtained on behalf of Client, which is obtained by settlement and/or compromise of said claim before suit is filed; or 40% of all recovery obtained for Client after suit is filed, whether actually tried or not.

III.

Client agrees to reimburse Firm for all actual expenses include Appeal Expenses, other than ordinary office expenses, incurred in handling the claim shall be deducted from any recovery obtained for client.

IV.

It shall be the exclusive privilege of Firm to determine when and where suits shall be filed and whether or not an appeal should be perfected from any judgment rendered.  No compromise or settlement of Client's claim will be made without the consent of both Client and Firm.

V.

Firm is hereby granted full authority to sign all legal instruments, pleading, drafts, authorizations and papers as shall be reasonable necessary to conclude settlement and/or reduce to

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

---

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG

**TXu 1-251-871**



EFFECTIVE DATE OF REGISTRATION

Aug 08 2005
Month    Day    Year

---

**DATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
Collection 13 ScreenPlays: Aretha, ERYKAH BADU in Paris with Momma Voodoo; Plays: The World of Patti LaBelle, Roberta, Killing me softly, Dance To the songs of Michael Jackson; song: Big Momma from Alabama. Black America's Partial migration to Africa,

PREVIOUS OR ALTERNATIVE TITLES

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼ book

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼
WGA Reg. Aretha.

**2** NAME OF AUTHOR ▼
**a** DAVID L. Whitehead

DATES OF BIRTH AND DEATH
Year Born ▼ 1957    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ US
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
ScreenPlays, Plays, song, Book    WGA Reg. Aretha

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1997 2001, 2005 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
DAVID Louis Whitehead
9 4th St N.E. APt 1
Wash DC 20002

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 0 8 2005
ONE DEPOSIT RECEIVED
AUG 0 8 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE
• See detailed instructions.

EXAMINED BY ~~R DLW~~    **FORM TX**

CHECKED BY

☐ CORRESPONDENCE    FOR
Yes                  COPYRIGHT
                     OFFICE
                     USE
                     ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶                **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Aretha, Erykah ... The world of Patti LaBelle; Roberta killing me soft

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added Material / New material song and

Black America... dance Play, WGA Registry Areti

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

DAVID L. Whitehead
9 Fourth St N.E. Apt 1    Washington, DC 20002

Area code and daytime telephone number ▶            Fax number ▶

Email ▶

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of    David Louis Whitehead

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

DAVID Louis Whitehead                Date ▶ 8/8/05

Handwritten signature (X) ▼

x _David L. Whitehead_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼  DAVID L. Whitehead

Number/Street/Apt ▼  9 Fourth St N.E. Apt 1

City/State/ZIP ▼  Washington, DC 20002

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



*UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★*

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

## FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1-057-841**

*TX       TXU*

EFFECTIVE DATE OF REGISTRATION

**MAY 15 2002**

Month       Day       Year

OFFICIAL SEAL  DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Collection of works: 1. My Aretha 2. A night with Anita Baker 3. The MALCOLM X Project

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a** NAME OF AUTHOR ▼
David L. Whitehead

DATES OF BIRTH AND DEATH
Year Born ▼ 1957    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[✗] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶ US
    Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     [ ] Yes [ ] No
Pseudonymous?  [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Several Plays: A night with Anita Baker, malcolm x, My Aretha

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶
    Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     [ ] Yes [ ] No
Pseudonymous?  [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶
    Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     [ ] Yes [ ] No
Pseudonymous?  [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given Year in all cases.
1997, 2000, 2001

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
David Louis Whitehead
1101 Westfield Dr.
Oxon Hill, MD 20745

APPLICATION RECEIVED
MAY 15 2002
ONE DEPOSIT RECEIVED
MAY 15 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

*Amended by C.O. from phone call to
David Whitehead on January 23, 2003.

EXAMINED BY _____   FORM TX

CHECKED BY

☑ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

My Aretha (1997)

**a**
**6**

See instructions
before completing
this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

* Material Added to "My Aretha" for
Stage & Film

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                          Account Number ▼

**a**
**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

David Louis Whitehead
1101 Westfield Dr. Oxon Hill, MD 20745

**b**

Area code and daytime telephone number ▶ 301-5678262        Fax number ▶
Email ▶ Daoud57@Hotmail.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                                      ☐ author
Check only one ▶  ☐ other copyright claimant
                                      ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made   ☐ authorized agent of _____
by me in this application are correct to the best of my knowledge.        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

David Louis Whitehead                                    Date ▶ MAY 15 2002

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
David L. Whitehead
Number/Street/Apt ▼
1101 Westfield Dr.
City/State/ZIP ▼
Oxon Hill, MD 20745

• **YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
August 2000—200,000
WEB REV: June 1999                                ☼ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/20,008